UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Y.S. and Y.S. individually and on behalf of O.S.,

Plaintiff,

-against-

New York City Department of Education,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/1/2026_____

25 Civ. 7370 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' filings at ECF No. 22.  The action is hereby DISMISSED with prejudice.

SO ORDERED.

Dated: April 1, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge